IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID RICH**<br><br>                                  Plaintiff,<br>          v.<br><br>**BRANDYWINE INSURANCE ADVISORS, LLC, and BARRY ABRAMS**<br><br>                                  Defendants, | **CIVIL ACTION**<br><br>**NO. 16-3965** |
| **TRIGEN INSURANCE SOLUTIONS, INC., as successor in interest to BRANDYWINE INSURANCE ADVISORS, LLC,**<br><br>                    Third-Party Plaintiff,<br>          v.<br><br>**CENTRAL INSURANCE AGENCY, INC.**<br><br>                    Third-Party Defendant. | |

**ORDER**

And NOW, this 9th day of March 2017, for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** that Central Insurance Agency, Inc.'s Motion to Dismiss Brandywine Insurance Advisors, LLC's Third-Party Complaint (ECF No. 29) is **GRANTED**, with prejudice, as to the indemnification claim, and **DENIED** as to the contribution claim.

                                                                                **BY THE COURT:**
                                                                                 */s/ Michael M. Baylson*
                                                                                _____
                                                                                **Michael M. Baylson, U.S.D.J.**

O:\Jessica.2016\16-cv-3965, Rich v. Brandywine\Order Re Motion to Dismiss Third Party Complaint.docx